No. 130. WILLARD MANUFACTURING CO. *v.* KENNEDY, FORMER COLLECTOR; and

No. 131. SAME *v.* McCUEN, COLLECTOR. October 14, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. O. Walker Taylor* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Thomas E. Harris* for respondents. Reported below: 109 F. 2d 83.

No. 139. CHICAGO & NORTH WESTERN RY. CO. ET AL. *v.* ROCKWELL LIME CO. ET AL. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. J. N. Davis, Carson L. Taylor, Lowell Hastings, P. F. Gault, C. S. Jefferson,* and *William T. Faricy* for petitioners. *Mr. Thomas B. Lantry* for respondents.

No. 140. VILLAGE OF HAVERSTRAW *v.* POTTS. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Warner Pyne* for petitioner. *Mr. David Paine* for respondent.

No. 142. DELANEY *v.* ROGAN, COLLECTOR OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Joseph D. Brady* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Richard H. Demuth* for respondent.